**FILED**

01/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0541

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 20-0541

| | | |
|---|---|---|
| **IN RE THE MARRIAGE OF** | ) | |
| | ) | |
| **BRADLEY DEAN FULLER,** | ) | |
| | ) | |
| Petitioner/Appellant, | ) | |
| | ) | **GRANT OF EXTENSION** |
| and | ) | |
| | ) | |
| **MELISSA LYNN FULLER,** | ) | |
| | ) | |
| Respondent/Appellee. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Appellant, having moved the Court for a thirty day extension of time in which to file its opening brief in the above referenced matter, pursuant to M.R.App.P. 26(1), and there being no objection to said motion and good cause appearing therefore, Appellant is granted a thirty day extension in which to file his opening brief. Therefore, the Appellant's opening brief shall be filed on or prior to February 18, 2021.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 12 2021